In the Matter of the Accounting of AGNES P. FAILE et al., as Executors of and Trustees under the Will of LAURA E. PURDY, Deceased, Appellants. HIGHLANDS OF WHITE PLAINS, INC., et al., Respondents.

Argued February 21, 1950; decided March 2, 1950.

*Stewart W. Rowe* and *William R. Condit* for appellants.

*Arthur B. Brenner* and *L. Raymond Rose* for Highlands of White Plains, Inc., respondent.

*John P. Powers,* in person, as special guardian for John W. Havery and others, infants, respondents.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.